| | |
|---|---|
| Robert F. McCauley (SBN 162056) | Lynn H. Murray (*pro hac vice*) |
| robert.mccauley@finnegan.com | lhmurray@shb.com |
| Jacob A. Schroeder (SBN 264717) | SHOOK HARDY & BACON L.L.P. |
| jacob.schroeder@finnegan.com | 11 South Wacker Drive, Suite 5100 |
| FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP | Chicago, IL 60606 |
| 3300 Hillview Avenue | Telephone: (312) 704-7700 |
| Palo Alto, CA 94304-1203 | Facsimile: (312) 558-1195 |
| Telephone: (650) 849-6600 | |
| Facsimile: (650) 849-6666 | Katherine A. Wolf (SBN 267763) |
| | kwolf@shb.com |
| | SHOOK HARDY & BACON L.L.P. |
| | One Montgomery, Suite 2700 |
| | San Francisco, CA 94104 |
| | Telephone: (415) 544-1900 |
| | Facsimile: (415) 391-0281 |
| *Attorneys for Petitioners* | *Attorneys for Respondent* |
| Anoto AB and Livescribe, Inc. | LeapFrog Enterprises, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Anoto AB and Livescribe, Inc., | CASE NO. 3:16-CV-06209-JST |
| Petitioners, | **STIPULATION AND [PROPOSED] ORDER TO WITHDRAW PETITION TO CONFIRM ARBITRATION ORDER** |
| v. | |
| LeapFrog Enterprises, Inc., | |
| Respondent. | |

Petitioners Anoto Group AB and Livescribe, Inc. ("Petitioners"), and Respondent LeapFrog Enterprises, Inc. (collectively "the Parties"), through their respective counsel of record, hereby advise the Court that their executives have agreed to certain terms ("Executive Agreement") that will resolve the Petition To Confirm Arbitration Order, assuming compliance with those terms.  They continue to work on an agreement that may resolve this matter entirely.  The Executive Agreement is as follows:

1. By December 15, 2016, LeapFrog shall ship 30,000 DotPos units to the following address: Anoto Group AB, c/o Schenker International (H.K.) Ltd., 10/F, Winner Godown Building, 1-9 Sha Tsui Road, Tsuen Wan, NT, HK, by FedEx International Priority;

2. By December 31, 2016, LeapFrog shall ship 24,180 DotPos units to the address and by the shipment method specified in Section 1, above;

3. Conditioned on prepayment by Anoto of US$ 225,000 on or before January 1, 2017, LeapFrog shall ship (a) 50,000 DotPos units by January 15, 2017 and (b) 50,000 DotPos units by February 15, 2017, to Anoto at the same address and by the same method specified in Section 1, above.  In the event of a *force majeure* event (a public disorder, disaster, war, insurrection, flood, fire, act of God, failure of supply or utility or other occurrence beyond the reasonable control of LeapFrog) which directly impedes LeapFrog's ability to perform its obligations with respect to this Section 3, the applicable date(s) for LeapFrog's performance shall be adjusted and extended for a period equal to the duration of such *force majeure*.

In view of the above Agreement, the Parties stipulate, with the Court's permission, that:

1. Petitioners' Petition to Confirm Arbitration Order [Dkt. 1], previously scheduled for a hearing on November 14, 2016, at 2:00 p.m., is withdrawn without prejudice; and

2. Judge Tigar retains jurisdiction over this matter to enforce this Order and the Executive Agreement included herein.

**ATTESTATION**

By his signature below, counsel for Petitioners Anoto Group AB and Livescribe, Inc. hereby attests that counsel for Respondent concurs in the filing of this document.

| | |
|---|---|
| Dated: November 17, 2016 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP |
| | By: */s/ Robert F. McCauley* <br> Robert F. McCauley (SBN 162056) <br> robert.mccauley@finnegan.com <br> Jacob A. Schroeder (SBN 264717) <br> jacob.schroeder@finnegan.com <br> FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP <br> 3300 Hillview Avenue <br> Palo Alto, CA  94304-1203 <br> Telephone:(650) 849-6600 <br> Facsimile:  (650) 849-6666 <br><br> Attorneys for Petitioners <br> Anoto AB and Livescribe, Inc. |
| Dated: November 17, 2016 | SHOOK HARDY & BACON, L.L.P. |
| | By: */s/Lynn H. Murray* <br> Lynn H. Murray (*pro hac vice*) <br> lhmurray@shb.com <br> SHOOK HARDY & BACON L.L.P. <br> 11 South Wacker Drive, Suite 5100 <br> Chicago, IL 60606 <br> Telephone:     (312) 704-7700 <br> Facsimile:       (312) 558-1195 <br><br> Katherine A. Wolf (SBN 267763) <br> kwolf@shb.com <br> SHOOK HARDY & BACON L.L.P. <br> One Montgomery, Suite 2700 <br> San Francisco, CA 94104 <br> Telephone:     (415) 544-1900 <br> Facsimile:       (415) 391-0281 <br><br> Attorneys for Respondent <br> Leapfrog Enterprises, Inc. |

### [~~PROPOSED~~] ORDER

Pursuant to the foregoing stipulation of the parties, IT IS SO ORDERED.

Date:  November 22, 2016

_____

The Honorable Jon S. Tigar
United States District Court Judge